1140

In the Matter of MATTHEW R. SMITH, Appellant, v WILLIAM J. CONDON, a Justice of the Supreme Court, Suffolk County, et al., Respondents.

Submitted January 25, 2016; decided February 23, 2016

Motion for reargument etc. denied [*see* 26 NY3d 915 (2016)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

IAN STOKOE et al., Respondents, v E-LIONHEART, LLC, et al., Appellants.

Submitted November 30, 2015; decided February 23, 2016

Motion, insofar as made by defendant Edward Bronson, denied; motion for leave to appeal otherwise dismissed as untimely (*see* CPLR 5513 [b]).

IAN STOKOE et al., Respondents, v E-LIONHEART, LLC, et al., Appellants.

Submitted February 8, 2016; decided February 23, 2016

Motion for leave to appeal from the Supreme Court judgment entered subsequent to the Appellate Division order dismissed upon the ground that the judgment is not the final appealable paper from which leave to appeal may be sought (*see* CPLR 5611).

UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents, v AMERICAN RE-INSURANCE COMPANY et al., Appellants, et al., Defendants.

Decided February 23, 2016

Appeal dismissed, without prejudice and without costs, by the Court of Appeals, sua sponte, upon the ground that the Court declines to pass upon the matter raised by appellants at